JOHN S. LEONARDO
United States Attorney
District of Arizona
GORDON E. DAVENPORT, III
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gordon.davenport.iii@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | |
| vs. | VIO: 18 U.S.C. §1001(a)(2)<br>(False Statement to Law Enforcement)<br>Count 1 |
| Jesus Gonzales Arellano, | CR16-1749 TUC Rm(LAB) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>Count 1</u>

That on or about the 28th day of June, 2016, and within the District of Arizona, Jesus Arellano, a Homeland Security Investigations Special Agent, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by representing to the Federal Bureau of Investigation, during a voluntary interview at the F.B.I. office in Sierra Vista, Arizona, that is, aside from when it was not "operational," he had never allowed an unauthorized person inside his government owned vehicle.

The statements and representations were false because, as Arellano then and there knew: he had on several occasions transported unauthorized individuals in his government owned vehicle. All in violation of Title 18, United States Code, Sections 1001(a)(2).

A TRUE BILL
/S/

_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/

Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

SEP 1 4 2016