1  ELIZABETH A. STRANGE
   Acting United States Attorney
2  District of Arizona
   GORDON E. DAVENPORT, III
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: gordon.davenport.iii@usdoj.gov
6  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 16-01749-TUC-RM (LAB) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF CONFESSIONS, ADMISSIONS, AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |
| Jesus Arellano, | |
| Defendants. | |

Now comes the United States of America, by and through its attorneys, Elizabeth A. Strange, Acting United States Attorney for the District of Arizona, and Gordon E. Davenport, III, Assistant U.S. Attorney, hereby gives notice pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona, that all confessions, admissions and statements made by the defendants, and provided in disclosure to the defense, may be introduced into evidence at trial. See *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

///

///

///

RESPECTFULLY submitted this 12th day of September, 2017.

        ELIZABETH A. STRANGE
        Acting United States Attorney
        District of Arizona

        */s/ Gordon E. Davenport, III*
        GORDON E. DAVENPORT, III
        Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 12th day of September, 2017 to:

Sean Chapman, Esq.
Attorney for defendant